RANDALL B. BATEMAN (6482)
SARAH W. MATTHEWS (13295)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000
Fax: (801) 363-0400
Email: rbb@scmlaw.com; swm@scmlaw.com;
ipg@scmlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ACTION TARGET INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CUSTOM METAL PRODUCTS, LLC, a Missouri limited liability company, WAL-MART STORES, INC., a Delaware corporation; AMAZON.COM, a Delaware corporation; TRACTOR SUPPLY COMPANY, INC., a Tennessee Corporation; UTAH'S GREATEST GUN STORE, INC., d.b.a. DOUG'S SHOOT'N SPORTS; and STORRS INVESTMENTS, LLC d.b.a. DISCOUNT GUNS AND AMMO; and DOES 1-5,<br><br>    Defendants. | **MOTION FOR EXTENSION OF TIME TO RESPOND AS TO CUSTOM METAL PRODUCTS, LLC; AMAZON.COM; TRACTOR SUPPLY COMPANY, INC.; AND UTAH'S GREATEST GUN STORE, INC., d.b.a. DOUG'S SHOOT'N SPORTS**<br><br>No.  2:16-cv-01037-DS<br><br>Judge David Sam |

Plaintiff hereby moves that Defendants Custom Metal Products, Inc.; Amazon.com, Inc.; Tractor Supply Company, Inc.; and Utah's Greatest Gun Store, Inc., d.b.a. Doug's Shoot'n Sports

be granted an extension of time to serve a responsive pleading until November 21, 2016. Good cause is present, as these defendants have as yet to retain local counsel and the parties are exploring resolution. Plaintiff has stipulated to each of these parties serving a responsive pleading by or on November 21, 2016.

DATED this 7th day of November, 2016.

SNOW, CHRISTENSEN & MARTINEAU

By */s/ Randall B. Bateman*
Randall B. Bateman
Sarah W. Matthews
*Attorneys for Plaintiff, Action Target Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of November, 2016, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO RESPOND AS TO CUSTOM METAL PRODUCTS, LLC; AMAZON.COM; TRACTOR SUPPLY COMPANY, INC.; AND UTAH'S GREATEST GUN STORE, INC., d.b.a. DOUG'S SHOOT'N SPORTS** with the Clerk of the Court using the CM/ECF system, and sent notification via U.S. Mail, postage prepaid or via email, to the following:

/s/ Randall B. Bateman

Stephen R. Matthews
MATTHEWS EDWARDS LLC
514 Earth City Plaza, Suite 131
Earth City, MO  63045
mail@matthewsedwards.com
*Attorneys for Custom Metal Products, Inc.*

Rob T. Cruzen
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, OR  97204
rob.cruzen@klarquist.com
*Attorneys for Amazon.com*

Ryan D. Levy
PATERSON INTELLECTUAL PROPERTY LAW, P.C.
Roundabout Place,1600 Division Street, Suite 500
Nashville, TN  37203
rdl@iplawgoup.com
*Attorneys for Tractor Supply Company*

Utah's Greatest Gun Store, Inc.
dba Doug's Shoot'n Sports
4926 South Redwood Road
Taylorsville, UT  84123

Michael M. Ballard
SUNSTONE IP, PLLC
222 South Main Street, Suite 500
Salt Lake City, UT 84101
mballard@sunstoneip.com
*Attorneys for Storrs Investments*

Wal-Mart Stores, Inc.
c/o CT Corporation System
108 East South Union venue
Midvale, UT 84047

4831-7366-6876, v. 1