RANDALL B. BATEMAN (6482)
SARAH W. MATTHEWS (13295)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000
Fax: (801) 363-0400
Email: rbb@scmlaw.com; swm@scmlaw.com; ipg@scmlaw.com

*Attorneys for Plaintiff Action Target Inc.*

| IN THE UNITED STATES DISTRICT COURT DISTRICT OF UTAH, CENTRAL DIVISION ||
|---|---|
| ACTION TARGET INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM METAL PRODUCTS, LLC, a Missouri limited liability company, WAL-MART STORES, INC., a Delaware corporation; AMAZON.COM, a Delaware corporation; TRACTOR SUPPLY COMPANY, INC., a Tennessee Corporation; UTAH'S GREATEST GUN STORE, INC., d.b.a. DOUG'S SHOOT'N SPORTS; and STORRS INVESTMENTS, LLC d.b.a. DISCOUNT GUNS AND AMMO; and DOES 1-5,<br><br>Defendants. | **MOTION TO DISMISS WAL-MART STORES, INC. WITHOUT PREJUDICE**<br><br>No. 2:16-cv-01037-DS<br><br>Judge David Sam |

Plaintiff hereby moves that Defendant Wal-Mart Stores, Inc. be dismissed from this case without prejudice.

DATED this 8th day of November, 2016.

                              SNOW, CHRISTENSEN & MARTINEAU

                          By */s/ Sarah W. Matthews*
                                Randall B. Bateman
                                Sarah W. Matthews
                                *Attorneys for Plaintiff Action Target Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2016, I electronically filed the foregoing **MOTION TO DISMISS WAL-MART STORES, INC.** with the Clerk of the Court using the CM/ECF system, and sent notification via U.S. Mail, postage prepaid or via email, to the following:

Perry S. Clegg
CLEGG, P.C.
299 South Main, Suite 1300
Salt Lake City, UT 84111
court@cleggiplaw.com
pclegg@cleggiplaw.com
*Attorneys for Custom Metal Products, Inc.*

Rob T. Cruzen
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, OR  97204
rob.cruzen@klarquist.com
*Attorneys for Amazon.com*

Ryan D. Levy
PATERSON INTELLECTUAL PROPERTY LAW, P.C.
Roundabout Place,1600 Division Street, Suite 500
Nashville, TN  37203
rdl@iplawgroup.com
*Attorneys for Tractor Supply Company*

Utah's Greatest Gun Store, Inc.
dba Doug's Shoot'n Sports
4926 South Redwood Road
Taylorsville, UT  84123

Michael M. Ballard
SUNSTONE IP, PLLC
222 South Main Street, Suite 500
Salt Lake City, UT 84101
mballard@sunstoneip.com
*Attorneys for Storrs Investments*

Diana Luo, Associate General Counsel
Walmart Global eCommerce
850 Cherry Avenue
San Bruno, CA 94066
dluo@walmart.com
*Attorneys for Wal-Mart Stores, Inc.*

                /s/ Sarah W. Matthews

4840-2642-4380, v. 1